**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 04-6119**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SEBASTIAN GOMEZ,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CR-96-806)

─────────────

Submitted: June 9, 2004          Decided: July 14, 2004

─────────────

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Sebastian Gomez, Appellant Pro Se. Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sebastian Gomez appeals the district court's order denying his motion for clarification and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Gomez</u>, No. CR-96-806 (D.S.C. filed Dec. 17, 2003 & entered Dec. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>